UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
STEVEN SURABIAN and                 )
RICHARD SURABIAN                    )
                  Plaintiffs,       )
                                    )
            v.                      )
                                    )
EMC MORTGAGE CORPORATION,           )
WELLS FARGO BANK, NATIONAL          )   CIVIL ACTION
ASSOCIATION as Trustee for the      )   No. 12-11488-WGY
Certificateholders of Structured    )
Asset Mortgage Investments II Inc.,)
Greenpoint MTA Trust 2005-AR2,      )
Mortgage Pass-Through Certificates,)
Series 2005-AR2,                    )
DAVID A. SIMPSON, P.C., and         )
KELLAM & PETTIT, P.A.               )
                  Defendants.       )
                                    )
```

YOUNG, D.J.                                    December 5, 2013

ORDER

On October 10, 2013, the Court held a hearing on the

motions to dismiss filed by EMC Mortgage Corporation, Wells

Fargo Bank, National Association as Trustee for the

Certificateholders of Structured Asset Mortgage Investments II

Inc., Greenpoint MTA Trust 2005-AR2, Mortgage Pass-Through

Certificates, Series 2005-AR2, David A. Simpson, P.C., and

Kellam & Pettit, P.A. (collectively, the "Defendants"). On the

occasion, Steven and Richard Surabian, who were proceeding pro

se, informed the Court that they would like to retain counsel

1

and were given thirty days to do so.  Elec. Clerk's Notes, Oct. 10, 2013, ECF No. 51.  No appearance, however, was entered, and therefore the Court now rules on the pending motions to dismiss.

As the Defendants rightfully pointed out in their motions, this Court lacks subject-matter jurisdiction on this case, per the Rooker-Feldman doctrine.  Accordingly, this Court GRANTS both motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), ECF No. 40, 41.

**SO ORDERED.**

William A. Young

WILLIAM G. YOUNG
DISTRICT JUDGE

2