# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

STEVEN SURABIAN ET AL

    Plaintiff

V.

EMC MORTGAGE CORPORATION ET AL

    Defendant

CIVIL ACTION

NO. <u>12CV11488-WGY</u>

## **<u>ORDER OF DISMISSAL</u>**

<u>YOUNG DJ</u>,

    In accordance with the Court's allowance of the defendant's motions to dismiss on December 5, 2013, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

DECEMBER 6, 2013

/s/Matthew A. Paine

Date

Deputy Clerk